UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLENE RAY,

        Plaintiff,

v.

DANIEL SANCHEZ, et al.,

        Defendants.

Case No. 22-cv-03775-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS AMENDED COMPLAINT**

Re: Dkt. Nos. 7, 8

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation to Dismiss Amended Complaint. Dkt. No. 8. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's amended complaint is dismissed without leave to amend. The Clerk is directed to enter judgment in favor of Defendants and to close the file.

**IT IS SO ORDERED.**

Dated: 12/12/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge