United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE RAY,<br>   Plaintiff,<br> v.<br>DANIEL SANCHEZ, et al.,<br>   Defendants. | Case No. 22-cv-03775-HSG<br><br>**JUDGMENT** |

  Judgment is hereby entered consistent with the Court's Order Adopting Magistrate Judge's Report and Recommendation to Dismiss Amended Complaint,

  This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

  Dated at Oakland, California, this 12th day of December, 2022.

            Mark B. Busby
            Clerk of Court

            By: _____
            Nikki D. Riley
            Deputy Clerk to the Honorable
            HAYWOOD S. GILLIAM, JR.